JOHN THRALL et al., Appellants, *v.* SIMON KRUM, Respondent.

*John A. Mapes* for the respondent.

Judgment affirmed by default, with costs.